UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| RANDY KOONTZ, | : | 18 U.S.C. § 2423(b) |
| Defendant. | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct) |
| | : | 18 U.S.C. § 2252(a)(2) |
| | : | (Distribution of Child Pornography) |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about April 2, 2015, in the District of Columbia and elsewhere, the defendant, **RANDY KOONTZ**, did knowingly travel in interstate commerce, that is, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2241(c), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

## COUNT TWO

On or about between March 8, 2015 and April 2, 2015, in the District of Columbia, the defendant, **RANDY KOONTZ,** did knowingly distribute images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

**(Distribution of Child Pornography,** in violation of Title 18, United States Code, Section 2252(a)(2)).

CHANNING D. PHILLIPS, DC Bar No. 415793
United States Attorney
__/s/_____
ANDREA LYNN HERTZFELD
Assistant United States Attorney, DC Bar No. 494059
U.S. Attorney's Office
555 4th Street, N.W., Room 10-112
Washington, D.C. 20530
202-252-7808
Andrea.Hertzfeld@usdoj.gov